B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Tennessee

In re:  William Kevin Tinsley

Debtor

Case No.  11-12744

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims,state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [If secured also state value of security] |
| **Aaron Jessie Cox DBA Access Home** 7335 Hixson Pike Hixson, TN 37343 | | | | $155,992.42 |
| **American Health Systems** c/o Empire Comfort Systems Pl. O. Box 503088 St. Louis, MO | | | | $150,611.94 |
| **American Express** PO Box 650448 Dallas, TX 75265-0448 | | | | $101,425.49 |
| **FMI Products LLC** P. O. Box 58485 Veron, CA 90058 | | | | $74,770.54 |
| **Total Hearth and Grill** P. O. Box 1247 Mt. Sterling, KY 40353 | | | | $72,151.06 |
| **Rutherford Equipment** 1981 Gees Mill Rd NE Conyers, GA 30013 | | | | $50,661.90 |
| **CUI** P. O. Box 934231 Atlanta, GA 31193 | | | | $49,814.12 |

| In re: | William Kevin Tinsley | Case No. | 11-12744 |
|---|---|---|---|
| | | | Chapter 11 |
| | Debtor | | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| **Regions Bank**<br>PO Box 2224<br>Birmingham, AL 35246-0026 | | | | $48,812.36 |
| **R & L Carriers Columbus**<br>P. O. Box 713153<br>Columbus, OH | | | | $47,718.67 |
| **Hearth & Home Technologies**<br>13311 Collections Center Drive<br>Chicago, IL 60693 | | | | $30,647.47 |
| **Tri-State Distributors**<br>P. O;.Box 559<br>Royston, GA 30662 | | | | $27,139.16 |
| **Southeastern Freight**<br>P. O. Box 100104<br>Columbia, SC 29202-3104 | | | | $26,047.34 |
| **Chase**<br>P.O. Box 94014<br>Palatine, IL 60094 | | | | $25,730.03 |
| **Heat-N-Glo**<br>Hearth Home Technologies<br>13311 Collections Center Drive<br>Chicago, IL | | | | $23,905.98 |
| **American Express**<br>PO Box 650448<br>Dallas, TX 75265-0448 | | | | $23,723.42 |
| **Capital One**<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | | | $23,476.07 |
| **Chase Card**<br>PO Box 94014<br>Palatine, IL 60094-4014 | | | | $19,014.19 |
| **C & L Supply**<br>4703 Palmetto RD<br>Benton, LA 71006 | | | | $15,460.00 |

In re:   William Kevin Tinsley                                           Case No.    11-12744
                                                                         Chapter 11

                    Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| **Lunsford Haisten One LLC** P. O. Box 28045 Chattanooga, TN 37424 | | | | $15,288.62 |
| **Custom Fireplaces** 1611 East Spring Street Cookeville, TN 38506 | | | | $14,473.00 |

Date:   June 03, 2011                          /s/ William Kevin Tinsley              /s/
                                               Debtor

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I,        William Kevin Tinsley       named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:   June 03, 2011        Signature:  /s/ William Kevin Tinsley              /s/
                                         William Kevin Tinsley
                                         (Print Name and Title)

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C §§ 152 and 3571.