**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

In re: TINSLEY, WILLIAM KEVIN    § Case No. 11-12744
    §
    §
    §
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Douglas R. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $988,840.70    Assets Exempt: $12,998.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,077.05    Claims Discharged
    Without Payment: $1,598,700.39

Total Expenses of Administration: $2,922.95

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $159.86 | $632,528.93 | $632,528.93 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,611.70 | 2,922.95 | 2,922.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,201.43 | 61,006.32 | 61,006.32 | 7,077.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,117,631.81 | 1,488,956.49 | 1,488,956.49 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,120,993.10 | $2,190,103.44 | $2,185,414.69 | $10,000.00 |

4) This case was originally filed under Chapter 11 on May 20, 2011 and it was converted to Chapter 7 on January 03, 2012. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/27/2013        By: /s/Douglas R. Johnson
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Hearth and Grill Sales, LLC | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ally Financial Inc. f/k/a GMAC Inc. | 4110-000 | N/A | 37,592.91 | 37,592.91 | 0.00 |
| 5 | Bank of Cleveland | 4110-000 | N/A | 148,647.22 | 148,647.22 | 0.00 |
| 6 | Bank of Cleveland | 4110-000 | N/A | 159,033.16 | 159,033.16 | 0.00 |
| 11 | Hamilton County Trustee | 4110-000 | N/A | 167.06 | 167.06 | 0.00 |
| 26S | Fifth Third Bank | 4110-000 | N/A | 21,801.73 | 21,801.73 | 0.00 |
| 43 | Wells Fargo Bank, NA | 4110-000 | N/A | 263,720.12 | 263,720.12 | 0.00 |
| 53 | Hamilton County Trustee | 4110-000 | 159.86 | 1,566.73 | 1,566.73 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$159.86** | **$632,528.93** | **$632,528.93** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Douglas R. Johnson | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Douglas R. Johnson | 2200-000 | N/A | 101.58 | 101.58 | 101.58 |
| TN Dept. of Revenue | 2990-000 | N/A | 538.97 | 538.97 | 538.97 |
| United States Trustee (ADMINISTRATIVE) | 2990-000 | N/A | 650.00 | 325.00 | 325.00 |
| TN Dept. of Revenue | 2990-000 | N/A | 4,521.15 | 157.40 | 157.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,611.70 | $2,922.95 | $2,922.95 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20P-3 | TN Dept. of Revenue | 5800-000 | 3,200.43 | 41,312.57 | 41,312.57 | 3,944.72 |
| 23 | Bradley County Trustee | 5800-000 | N/A | 1,268.80 | 1,268.80 | 121.15 |
| 24 | Bradley County Trustee | 5800-000 | N/A | 116.48 | 116.48 | 11.12 |
| 28 -2 | City of Chattanooga | 5800-000 | 1.00 | 139.49 | 139.49 | 13.32 |
| 33P-2 | Tennessee Department of Labor- | 5800-000 | N/A | 1,582.73 | 1,582.73 | 151.13 |
| 38 | City of Cleveland | 5800-000 | N/A | 1,090.05 | 1,090.05 | 104.08 |
| 39 | City of Cleveland | 5800-000 | N/A | 99.99 | 99.99 | 9.55 |
| 40 | City of Cleveland | 5800-000 | N/A | 32.25 | 32.25 | 3.08 |
| 51P | INTERNAL REVENUE SERVICE, CIO | 5800-000 | N/A | 13,936.91 | 13,936.91 | 1,330.76 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | Larry Christopher Robinson | 5600-000 | N/A | 1,384.03 | 1,384.03 | 1,384.03 |
| 57 | Bradley County Trustee | 5800-000 | N/A | 43.02 | 43.02 | 4.11 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,201.43 | $61,006.32 | $61,006.32 | $7,077.05 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | Ally Financial Inc. f/k/a GMAC Inc. | 7100-000 | N/A | 11,813.02 | 11,813.02 | 0.00 |
| 3 | Great America Leasing Corporation | 7100-000 | N/A | 4,248.35 | 4,248.35 | 0.00 |
| 4 | Berke, Berke & Berke | 7100-000 | 4,560.00 | 4,560.00 | 4,560.00 | 0.00 |
| 7 | Tri-State Distributors Inc | 7100-000 | 27,139.16 | 29,581.40 | 29,581.40 | 0.00 |
| 8 | Uline | 7100-000 | 347.50 | 347.50 | 347.50 | 0.00 |
| 9 | Blossman Gas | 7100-000 | 12,454.81 | 15,611.88 | 15,611.88 | 0.00 |
| 10 | EPB of Chattanooga | 7100-000 | 1,256.96 | 2,083.23 | 2,083.23 | 0.00 |
| 12 | WTVC | 7100-000 | 8,877.75 | 8,840.00 | 8,840.00 | 0.00 |
| 13 | Toyota Motor Credit Corporation (TMCC) | 7100-000 | N/A | 4,833.73 | 4,833.73 | 0.00 |
| 14 | SOUTHEASTERN FREIGHT LINES, INC | 7100-000 | 26,047.34 | 27,836.35 | 27,836.35 | 0.00 |
| 15 | AAA Cooper Transportation | 7100-000 | 841.00 | 841.00 | 841.00 | 0.00 |
| 16 | R & L Carriers Columbus | 7100-000 | 47,718.67 | 132,264.78 | 132,264.78 | 0.00 |
| 17 | Rutherford Equipment | 7100-000 | 50,661.90 | 28,410.11 | 28,410.11 | 0.00 |
| 18 | Regions Bank | 7100-000 | 98,626.48 | 49,853.30 | 49,853.30 | 0.00 |
| 19 | WRCB Television (204) | 7100-000 | 4,800.00 | 3,450.00 | 3,450.00 | 0.00 |
| 20U-3 | TN Dept. of Revenue | 7100-000 | N/A | 5,684.29 | 5,684.29 | 0.00 |
| 22 | Donald Zachary | 7100-000 | 6,990.00 | 7,305.00 | 7,305.00 | 0.00 |
| 25 | WRCB Television (204) | 7100-000 | N/A | 1,350.00 | 1,350.00 | 0.00 |
| 26U | Fifth Third Bank | 7100-000 | N/A | 47.06 | 47.06 | 0.00 |
| 27 | U.S. Stove Company | 7100-000 | 762.44 | 762.44 | 762.44 | 0.00 |
| 29 | Chase Bank USA NA | 7100-000 | 25,730.03 | 25,730.03 | 25,730.03 | 0.00 |
| 30 | Cleveland Daily Banner | 7100-000 | 658.80 | 688.44 | 688.44 | 0.00 |
| 31 -2 | KeyBank,N.A. | 7100-000 | N/A | 120,247.90 | 120,247.90 | 0.00 |
| 32 | Capital One Bank (USA), N.A. | 7100-000 | 23,476.07 | 24,004.96 | 24,004.96 | 0.00 |
| 33U-2 | Tennessee Department of Labor- | 7100-000 | N/A | 20.00 | 20.00 | 0.00 |
| 34 | Chase Bank USA, N.A. | 7100-000 | 19,014.19 | 19,289.73 | 19,289.73 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | Skytech Systems | 7100-000 | 8,417.74 | 8,626.36 | 8,626.36 | 0.00 |
| 36 | C & L Supply, Inc. | 7100-000 | 15,460.00 | 22,620.00 | 22,620.00 | 0.00 |
| 37 | Blue Rhino Global Sourcing, Inc. | 7100-000 | N/A | 3,583.18 | 3,583.18 | 0.00 |
| 41 | Aaron Jessie Cox | 7100-000 | 155,992.42 | 177,812.61 | 177,812.61 | 0.00 |
| 42 | Gas Equipment Distributors | 7100-000 | 21,909.00 | 15,023.52 | 15,023.52 | 0.00 |
| 44 | American Health Systems | 7100-000 | 150,611.94 | 159,177.37 | 159,177.37 | 0.00 |
| 45 | Total Hearth and Grill | 7100-000 | 146,921.60 | 72,964.82 | 72,964.82 | 0.00 |
| 46 | American Express Bank FSB | 7100-000 | 101,425.49 | 101,425.49 | 101,425.49 | 0.00 |
| 47 | American Express Bank FSB | 7100-000 | 5,210.64 | 5,106.64 | 5,106.64 | 0.00 |
| 48 -2 | American Express Bank FSB | 7100-000 | 23,723.42 | 23,723.42 | 23,723.42 | 0.00 |
| 49 | American Express Bank FSB | 7100-000 | 2,031.38 | 1,896.72 | 1,896.72 | 0.00 |
| 50 | Lunsford Haisten One, LLC | 7100-000 | 15,288.62 | 150,616.66 | 150,616.66 | 0.00 |
| 51U | INTERNAL REVENUE SERVICE, CIO | 7100-000 | N/A | 2,176.67 | 2,176.67 | 0.00 |
| 55 -5 | Ferrell Gas d/b/a Blue Rhino | 7100-000 | N/A | 3,583.18 | 3,583.18 | 0.00 |
| 56 | Total Hearth | 7100-000 | N/A | 72,964.82 | 72,964.82 | 0.00 |
| 58 | YP Holdings, LLC | 7100-000 | 932.56 | 940.17 | 940.17 | 0.00 |
| 59 | Skytech Southeast, LLC | 7100-000 | N/A | 8,669.45 | 8,669.45 | 0.00 |
| 60 | KeyBank N.A. | 7100-000 | N/A | 128,340.91 | 128,340.91 | 0.00 |
| NOTFILED | Charter Media Services | 7100-000 | 880.00 | N/A | N/A | 0.00 |
| NOTFILED | Charles Bradshaw | 7100-000 | 1,039.00 | N/A | N/A | 0.00 |
| NOTFILED | Chattanooga Gas | 7100-000 | 807.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | 161.93 | N/A | N/A | 0.00 |
| NOTFILED | Cleveland Business Machines | 7100-000 | 1,220.37 | N/A | N/A | 0.00 |
| NOTFILED | Donegal Insurance Group | 7100-000 | 4,833.00 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Ward | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amerigas | 7100-000 | 5,315.36 | N/A | N/A | 0.00 |
| NOTFILED | Ambrose, Wilsonm Grimm & Durand LLP | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Doug Blackwell | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Fairway Outdoor Advertising | 7100-000 | 2,360.00 | N/A | N/A | 0.00 |
| NOTFILED | The Outdoor GreatRoom Company, LLC | 7100-000 | 10,141.72 | N/A | N/A | 0.00 |
| NOTFILED | Simpson Dura Vent | 7100-000 | 11,665.73 | N/A | N/A | 0.00 |
| NOTFILED | Travis Industries | 7100-000 | 6,280.48 | N/A | N/A | 0.00 |
| NOTFILED | Vericore | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Uniflame Corporation | 7100-000 | 3,583.18 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | WCI of Tennessee | 7100-000 | 956.31 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Verizon Wireless | 7100-000 | 1,701.95 | N/A | N/A | 0.00 |
| NOTFILED | Ocoee Region Builders Ass. | 7100-000 | 1,070.00 | N/A | N/A | 0.00 |
| NOTFILED | Morgan W. Jones, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Goodyear | 7100-000 | 1,611.96 | N/A | N/A | 0.00 |
| NOTFILED | General Sessions Court-Civil Division | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Hearth & Home Technologies | 7100-000 | 30,647.47 | N/A | N/A | 0.00 |
| NOTFILED | Logan & Lowry LLP | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Heat-N-Glo Hearth Home Technologies | 7100-000 | 23,905.98 | N/A | N/A | 0.00 |
| NOTFILED | Lowes of Cleveland TN | 7100-000 | 523.68 | N/A | N/A | 0.00 |
| NOTFILED | Lowes | 7100-000 | 984.78 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,117,631.81 | $1,488,956.49 | $1,488,956.49 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-12744  
**Case Name:** TINSLEY, WILLIAM KEVIN  

**Period Ending:** 06/27/13

**Trustee:** (620230) Douglas R. Johnson  
**Filed (f) or Converted (c):** 01/03/12 (c)  
**§341(a) Meeting Date:** 02/17/12  
**Claims Bar Date:** 11/13/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | cash<br>   Orig. Asset Memo: Imported from original petition Doc# 14 | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Personal / Business / Savings<br>   Orig. Asset Memo: Imported from original petition Doc# 14 | 297.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposit<br>   Orig. Asset Memo: Imported from original petition Doc# 14 | 1.00 | 0.00 | | 0.00 | FA |
| 4 | Misc Furniture<br>   Orig. Asset Memo: Imported from original petition Doc# 14 | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | Everyday clothing<br>   Orig. Asset Memo: Imported from original petition Doc# 14 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry<br>   Orig. Asset Memo: Imported from original petition Doc# 14 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Hearth and Grill Sales, LLC<br>   Orig. Asset Memo: Imported from original petition Doc# 14  (See Footnote) | 1,000.00 | 0.00 | | 10,000.00 | FA |
| 8 | List of customers<br>   Orig. Asset Memo: Imported from original petition Doc# 14 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | 1998 Prevost Motor Home<br>   Orig. Asset Memo: Imported from original petition Doc# 14  (See Footnote) | 200,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2007 Mazda CX9<br>   Orig. Asset Memo: Imported from original petition Doc# 14  (See Footnote) | 21,801.73 | 0.00 | | 0.00 | FA |
| 11 | 2009 Chevrolet Silverado<br>   Orig. Asset Memo: Imported from original petition Doc# 14  (See Footnote) | 29,248.06 | 63.44 | | 0.00 | FA |
| 12 | 2010 Chevrolet Tahoe | 37,592.91 | 0.00 | | 0.00 | FA |

Printed: 06/27/2013 03:15 PM    V.13.13

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-12744  
**Case Name:** TINSLEY, WILLIAM KEVIN  

**Period Ending:** 06/27/13

**Trustee:** (620230)  Douglas R. Johnson  
**Filed (f) or Converted (c):** 01/03/12 (c)  
**§341(a) Meeting Date:** 02/17/12  
**Claims Bar Date:** 11/13/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 14  (See Footnote) |  |  |  |  |  |
| 13 | Misc Office Equipment<br>Orig. Asset Memo: Imported from original petition Doc# 14 | 1,000.00 | 1,000.00 |  | 0.00 | FA |
| 14 | Misc tools<br>Orig. Asset Memo: Imported from original petition Doc# 14 | 500.00 | 0.00 |  | 0.00 | FA |
| 15 | Propane tanks<br>Orig. Asset Memo: Imported from original petition Doc# 14  (See Footnote) | 32,000.00 | 32,000.00 |  | 0.00 | FA |
| 16 | cash<br>Orig. Asset Memo: Imported from original petition Doc# 14  (See Footnote) | 414,000.00 | 0.00 |  | 0.00 | FA |
| 17 | House/Lot Spring Creek Dr, Cleveland  (See Footnote) | 246,200.00 | 0.00 |  | 0.00 | FA |
| 18 | 2008 Lexus GS350  (See Footnote) | 0.00 | 0.00 |  | 0.00 | FA |
| 19 | Savin C9020 Copier  (See Footnote) | 0.00 | 0.00 |  | 0.00 | FA |
| 19 | **Assets    Totals** (Excluding unknown values) | **$989,840.70** | **$33,063.44** |  | **$10,000.00** | **$0.00** |

RE PROP# 7     out of home  web site we/me. 80% 20%. hearthside.com. actually http://www.hearthsidedistributors.com  
RE PROP# 9     Key Bank [31] amended deficiency claim filed  
RE PROP# 10    /Fifth Third Bank [26]  
RE PROP# 11    /Ally Financial [2] amended deficiency claim after sale  
RE PROP# 12    /Ally Financial [1]  
RE PROP# 15    owned by cleveland gas products.  
RE PROP# 16    Bank of Cleveland [6], look at claim 5 additional 148,647 equipment not checked on security  
               agreement. only ar and inventory. Who ownes the inventory. UCC lists Hearthside distributors and  
               William Kevin Tinsley. note is to W. Kevin Tinsley dba  
RE PROP# 17    /Wells Fargo [43], t by e. bradley county.  
RE PROP# 18      LEASE SCH G  
               Lexus  
RE PROP# 19      LEASE - Schedule G  
               Great American Leasing [3]

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-12744  
**Case Name:** TINSLEY, WILLIAM KEVIN

**Period Ending:** 06/27/13

**Trustee:** (620230)  Douglas R. Johnson  
**Filed (f) or Converted (c):** 01/03/12 (c)  
**§341(a) Meeting Date:** 02/17/12  
**Claims Bar Date:** 11/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

1.23 revised tfr

11.28 tfr to UST. All claims objection resolved.

9.18 notice of intent to sell drafted to drj

4.16.12 Rebel,

I was appointed the trustee in the Tinsley Chapter 11 converted to 7.  I wanted to alert that I have a claim against Hearth and Grill Sales, LLC which the estate owns 50% (wife owns other 50%).

Mr. Tinsley told the UST's office that the LLC handled all sales orders received from a website - http://www.hearthsidedistributors.com/ .  The website was originally set up to do business as a sole proprietorship.  Because of a copyright lawsuit in 2010 the debtor formed the LLC and "transferred" the website to the LLC.

This appears to be a 11 USC 548 transfer.

Please send me the 1120 for Hearth and Grill Sales, LLC, as the estate owns a 50% interest.

If the facts are other than represented above, please let me know.

Doug Johnson

call valeri epstien.

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**    November 28, 2012  (Actual)

Printed: 06/27/2013 03:15 PM    V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-12744  
**Case Name:** TINSLEY, WILLIAM KEVIN  

**Taxpayer ID #:** **-***3401  
**Period Ending:** 06/27/13  

**Trustee:** Douglas R. Johnson (620230)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******93-66 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/26/12 | {7} | Richard L Banks, trust acct | proceeds from sale of estate's interest of llc per notice at dkt 108 | 1129-000 | 10,000.00 | | 10,000.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,975.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,950.00 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001062023088 20130110 | 9999-000 | | 9,950.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,950.00 | |
| | | | **Subtotal** | | 10,000.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.00** | **$50.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 06/27/2013 03:15 PM　V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-12744  
**Case Name:** TINSLEY, WILLIAM KEVIN  
**Taxpayer ID #:** **-***3401  
**Period Ending:** 06/27/13

**Trustee:** Douglas R. Johnson (620230)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****884366 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,950.00 | | 9,950.00 |
| 02/25/13 | 10101 | United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $325.00, Other Chapter 7 Administrative Expenses; Reference: | 2990-000 | | 325.00 | 9,625.00 |
| 02/25/13 | 10102 | Larry Christopher Robinson | Dividend paid 100.00% on $1,384.03; Claim# 54; Filed: $1,384.03; Reference: | 5600-000 | | 1,384.03 | 8,240.97 |
| 02/25/13 | 10103 | City of Chattanooga | Dividend paid 9.54% on $139.49; Claim# 28-2; Filed: $139.49; Reference: | 5800-000 | | 13.32 | 8,227.65 |
| 02/25/13 | 10104 | Tennessee Department of Labor- | Dividend paid 9.54% on $1,582.73; Claim# 33P-2; Filed: $1,582.73; Reference: | 5800-000 | | 151.13 | 8,076.52 |
| 02/25/13 | 10105 | INTERNAL REVENUE SERVICE, CIO | Dividend paid 9.54% on $13,936.91; Claim# 51P; Filed: $13,936.91; Reference: | 5800-000 | | 1,330.76 | 6,745.76 |
| 02/25/13 | 10106 | Douglas R. Johnson | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,851.58 | 4,894.18 |
| | | | Dividend paid 100.00%   1,750.00 on $1,750.00; Claim# ; Filed: $1,750.00 | 2100-000 | | | 4,894.18 |
| | | | Dividend paid 100.00%   101.58 on $101.58; Claim# ; Filed: $101.58 | 2200-000 | | | 4,894.18 |
| 02/25/13 | 10107 | Bradley County Trustee | Combined Check for Claims#23,24,57 | | | 136.38 | 4,757.80 |
| | | | Dividend paid 9.54% on   121.15 $1,268.80; Claim# 23; Filed: $1,268.80 | 5800-000 | | | 4,757.80 |
| | | | Dividend paid 9.54% on   11.12 $116.48; Claim# 24; Filed: $116.48 | 5800-000 | | | 4,757.80 |
| | | | Dividend paid 9.54% on   4.11 $43.02; Claim# 57; Filed: $43.02 | 5800-000 | | | 4,757.80 |
| 02/25/13 | 10108 | City of Cleveland | Combined Check for Claims#38,39,40 | | | 116.71 | 4,641.09 |
| | | | Dividend paid 9.54% on   104.08 $1,090.05; Claim# 38; Filed: $1,090.05 | 5800-000 | | | 4,641.09 |
| | | | Dividend paid 9.54% on   9.55 $99.99; Claim# 39; Filed: $99.99 | 5800-000 | | | 4,641.09 |

Subtotals :   $9,950.00   $5,308.91

{} Asset reference(s)                                                                                                                          Printed: 06/27/2013 03:15 PM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-12744  
**Case Name:** TINSLEY, WILLIAM KEVIN

**Taxpayer ID #:** **-***3401  
**Period Ending:** 06/27/13

**Trustee:** Douglas R. Johnson (620230)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****884366 - Checking Account  
**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid 9.54% on $32.25; Claim# 40; Filed: $32.25 | 3.08 | 5800-000 | | | 4,641.09 |
| 02/25/13 | 10109 | TN Dept. of Revenue | Combined Check for Claims#20P-3,21 -4,61 | | | 4,641.09 | 0.00 |
| | | | Dividend paid 9.54% on $41,312.57; Claim# 20P-3; Filed: $41,312.57 | 3,944.72 | 5800-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $538.97; Claim# 21 -4; Filed: $538.97 | 538.97 | 2990-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $157.40; Claim# 61; Filed: $4,521.15 | 157.40 | 2990-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 9,950.00 | 9,950.00 | $0.00 |
| Less: Bank Transfers | | 9,950.00 | 0.00 | |
| **Subtotal** | | 0.00 | 9,950.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $9,950.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******93-66** | 10,000.00 | 50.00 | 0.00 |
| **Checking # ****884366** | 0.00 | 9,950.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |